FILED ____ ENTERED
____ LODGED ____ RECEIVED

SA    MAY 23 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

07-CV-00753-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE B. YOUNG, | Case No. C07-753-JLR |
| Petitioner, | |
| v. | |
| STATE OF WASHINGTON, et al., | ORDER OF TRANSFER |
| Respondents. | |

Petitioner Andre B. Young is currently under the jurisdiction of the Washington Department of Social Health Services pursuant to an order of civil commitment entered in King County Superior Court in 1991. The present matter comes before the Court on petitioner's challenge to his civil commitment by way of a 28 U.S.C. § 2254 petition for a writ of habeas corpus. This petition is not his first. A review of this Court's records reveals that petitioner has filed at least two previous § 2254 petitions challenging his civil commitment. *See, e.g., Young v. Weston, et al.*, Case No. C94-480-JCC; *Young v. Seling*, Case No. C04-959-RSL. The first petition was ultimately denied on its merits in February 1998. *See Young v. Weston, et al.*, Case No. C94-480-JCC, Dkt. No. 165. Another was deemed successive and transferred to the Ninth Circuit Court of Appeals. *See Young v. Seling*, Case No. C04-959-RSL, Dkt. No. 4. After careful consideration of the petition, governing law, and the balance of the record, the Court ORDERS as follows:

ORDER OF TRANSFER
PAGE - 1

01       (1)    Because petitioner has filed at least two previous federal habeas petitions
02 challenging the same confinement he seeks to challenge here, including one that was denied
03 on the merits, the instant petition must be deemed successive. As petitioner has previously
04 been advised, this Court lacks jurisdiction to consider a successive petition until the Ninth
05 Circuit authorizes its filing. 28 U.S.C. § 2244(b)(3)(A). Accordingly, this case is
06 TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and
07 Ninth Circuit Rule 22-3.
08       (2)    Petitioner is advised that this transfer does not itself constitute compliance
09 with § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to
10 proceed in the Ninth Circuit and make the showing required by § 2244(b)(2).
11       (3)    The Clerk of Court is directed to CLOSE THIS CASE and TRANSFER all
12 original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a
13 copy of the petition and of this Order in the file. The Clerk is further directed to send a copy
14 of this Order to petitioner and to the Honorable James P. Donohue.
15       DATED this 23rd day of May, 2007.

                                JAMES L. ROBART
                                United States District Judge

Recommended for entry
this 21st day of May, 2007.

s/James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER OF TRANSFER
PAGE - 2