07-CV-00753-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE B. YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Respondents. | Case No. C07-753-JLR<br><br><br><br><br>ORDER OF TRANSFER |

Petitioner Andre B. Young is currently under the jurisdiction of the Washington Department of Social Health Services pursuant to an order of civil commitment entered in King County Superior Court in 1991. The present matter comes before the Court on petitioner's challenge to his civil commitment by way of a 28 U.S.C. § 2254 petition for a writ of habeas corpus. This petition is not his first. A review of this Court's records reveals that petitioner has filed at least two previous § 2254 petitions challenging his civil commitment. *See, e.g., Young v. Weston, et al.*, Case No. C94-480-JCC; *Young v. Seling*, Case No. C04-959-RSL. The first petition was ultimately denied on its merits in February 1998. *See Young v. Weston, et al.*, Case No. C94-480-JCC, Dkt. No. 165. Another was deemed successive and transferred to the Ninth Circuit Court of Appeals. *See Young v. Seling*, Case No. C04-959-RSL, Dkt. No. 4. After careful consideration of the petition, governing law, and the balance of the record, the Court ORDERS as follows:

ORDER OF TRANSFER
PAGE - 1

01      (1)     Because petitioner has filed at least two previous federal habeas petitions challenging the same confinement he seeks to challenge here, including one that was denied on the merits, the instant petition must be deemed successive. As petitioner has previously been advised, this Court lacks jurisdiction to consider a successive petition until the Ninth Circuit authorizes its filing. 28 U.S.C. § 2244(b)(3)(A). Accordingly, this case is TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3.

        (2)     Petitioner is advised that this transfer does not itself constitute compliance with § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to proceed in the Ninth Circuit and make the showing required by § 2244(b)(2).

        (3)     The Clerk of Court is directed to CLOSE THIS CASE and TRANSFER all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to petitioner and to the Honorable James P. Donohue.

        DATED this 23rd day of May, 2007.

                                _____
                                JAMES L. ROBART
                                United States District Judge

Recommended for entry
this 21st day of May, 2007.

s/James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER OF TRANSFER
PAGE - 2